[No. 53354-1-I.   Division One.   December 27, 2004.]

CKMS II, INC., ET AL., *Appellants*, v. CHANG KYU HO, ET AL., *Defendants*, SANG J. NOH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-19787-6, James D. Cayce, J., entered October 10, 2003. *Affirmed* by unpublished opinion per Agid, J., concurred in by Ellington, A.C.J., and Appelwick, J.

[No. 53476-9-I.   Division One.   December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES M. SHERIDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00446-1, Catherine D. Shaffer, J., entered November 17, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53486-6-I.   Division One.   December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ISSAC ZARATE RUIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00593-7, Michael F. Moynihan, J., entered November 13, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53585-4-I.   Division One.   December 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN TRINIDAD SOLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08356-5, Terence Lukens, J., entered December 22, 2003. *Affirmed* by unpublished per curiam opinion.